Unger v Ganci (2022 NY Slip Op 02741)

Unger v Ganci

2022 NY Slip Op 02741

Decided on April 22, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on April 22, 2022

PRESENT: WHALEN, P.J., SMITH, NEMOYER, AND CURRAN, JJ. (Filed Apr. 22, 2022.) 

MOTION NO. (846/21) CA 20-00627.

[*1]BERNARD A. UNGER, PLAINTIFF-APPELLANT-RESPONDENT, 
v
MICHAEL GANCI, DEFENDANT-RESPONDENT-APPELLANT. (APPEAL NO. 2.)

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.